# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**RONALD J. FLOYD**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201300424**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 26 July 2013.
**Military Judge**: LtCol D.M. Jones, USMC.
**Convening Authority**: Commanding Officer, 4th Marine Corps District, New Cumberland, PA.
**Staff Judge Advocate's Recommendation**: Maj K.M. Navin, USMC.
**For Appellant**: LtCol Richard Belliss, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**14 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court